IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KRISTI WISCHNACK,**<br><br>    Plaintiff,<br><br>  vs.<br><br>**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois corporation;**<br><br>    Defendant. | 4:25CV3185<br><br>**ORDER** |

To facilitate conferences with Magistrate Judge Nelson, <u>unless the Court's order states otherwise</u>, the parties shall use the following instructions and codes assigned to this case:

### WEBEX CASE CONFERENCE INSTRUCTIONS

For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

Dial 1-855-244-8681
Enter the access code: 2310 228 7486, then hit the # key

Dated this 29th day of September, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge