**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **KRISTI WISCHNACK,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois corporation;**<br><br>**Defendant.** | **4:25CV3185**<br><br>**THIRD AMENDED CASE PROGRESSION ORDER** |

This matter comes before the Court on Plaintiff's Motion to Extend Expert Disclosure and Related Deadlines (Filing No. 33). Counsel for Defendant advised the Court by email that the motion is unopposed. After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Extend Expert Disclosure and Related Deadlines (Filing No. 33) is granted, and the second amended case progression order is amended as follows:

1) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended as follows:

| | |
|---|---|
| For the defendant: | **October 9, 2026** |
| Plaintiff's rebuttal: | **December 1, 2026** |

2) The deadlines for completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended as follows:

| | |
|---|---|
| For the plaintiff: | **October 9, 2026** |
| For the defendant: | **November 10, 2026** |
| Plaintiff's rebuttal: | **December 31, 2026** |

3) The planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings remains set with the undersigned magistrate judge on **October 28, 2026**, at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, remains **December 30, 2026**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **six (6)**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds remains **January 19, 2027**.

6) The deadline for filing motions to dismiss and motions for summary judgment remains **February 9, 2027**.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 17th day of August, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge