**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **KRISTI WISCHNACK,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois corporation;**<br><br>**Defendant.** | **4:25CV3185**<br><br>**FOURTH AMENDED CASE PROGRESSION ORDER** |

This matter comes before the Court the Joint Stipulation to Extend Deadlines Set Forth in the Third Amended Case Progression Deadline (Filing No. 35). After review of the stipulation, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Stipulation to Extend Deadlines Set Forth in the Third Amended Case Progression Deadline (Filing No. 35) is granted, and the third amended case progression order is amended as follows:

1) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended as follows:

| | |
|---|---|
| For the defendant: | **October 19, 2026** |
| Plaintiff's rebuttal: | **December 11, 2026** |

2) The deadlines for completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended as follows:

| | |
|---|---|
| For the plaintiff: | **October 19, 2026** |
| For the defendant: | **November 20, 2026** |
| Plaintiff's rebuttal: | **January 11, 2027** |

3) The planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings remains set with the undersigned magistrate judge on **October 28, 2026**, at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **February 15, 2027**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **six (6)**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **March 10, 2027**.

6) The deadline for filing motions to dismiss and motions for summary judgment is extended to **March 30, 2027**.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 9th day of October, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge